UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-08
```

DAMARIS DIAZ,

       Plaintiff,

  - against -

HEALTH AND HOSPITALS CORPORATIONS,

       Defendant.

ORDER

08 Civ. 476 (DAB) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

  The above case, previously scheduled for a pretrial conference on Friday, June 27, 2008, at 10:00 a.m., is adjourned to Thursday, July 3, 2008, at 10:00 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 17th day of June 2008
New York, New York

                _____
                The Honorable Ronald L. Ellis
                United States Magistrate Judge