**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8 29-08
```

**DAMIRIS B. DIAZ,**                                :

                                :

                    **Plaintiff,**              :

                                :          **ORDER**

              - against -               :

                                :          **08 Civ. 476 (DAB) (RLE)**

**HEALTH AND HOSPITALS CORPORATION,**    :

                                :

                    **Defendant.**              :

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on July 3, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before

the Court on **September 4, 2008, at 2:30 p.m.**

**IT IS FURTHER ORDERED** that all discovery shall close in this case on

**October 15, 2008.**

**SO ORDERED this 29th day of August 2008**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**